SAKAR INTERNATIONAL, INC., Plaintiff, v. UNITED STATES, Defendant.

**Court No. 06–00025**

### JUDGMENT

STANCEU, Judge: In accordance with the opinion of the United States Court of Appeals for the Federal Circuit in *Sakar International, Inc. v. United States*, 516 F.3d 1340 (Fed. Cir. 2008), it is hereby

**ORDERED** that this action is dismissed for lack of subject matter jurisdiction.